**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Petri Enterprises, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA La Cantina<br>DBA Heros and Legends Sports Bar<br>DBA Heros and Legends | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-0739476 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 28 Center Avenue N<br>Mayville, ND 58257 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Traill | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://www.lacantinand.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Petri Enterprises, LLC                                      Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  Petri Enterprises, LLC _____   Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | Bourbon Street LLC | Relationship | Affiliate |
| District | North Dakota | When 7/29/23 | Case number, if known | 23-30246 |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

Debtor    Petri Enterprises, LLC                                                    Case number (*if known*)
_____
Name

| | |
|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Petri Enterprises, LLC
_____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 29, 2023
_____
MM / DD / YYYY

**X** /s/  Mark Petri
_____    Mark Petri
Signature of authorized representative of debtor        Printed name

Title    Managing Member
_____

**18. Signature of attorney**

**X** /s/ Maurice Verstandig
_____    Date    July 29, 2023
Signature of attorney for debtor            MM / DD / YYYY

Maurice Verstandig
_____
Printed name

The Dakota Bankruptcy Firm
_____
Firm name

1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
_____
Number, Street, City, State & ZIP Code

Contact phone    (701) 394-3215        Email address    mac@dakotabankruptcy.com

MD18071 / District of Columbia
_____
Bar number and State

DocuSign Envelope ID: 918C6933-C990-4F57-B022-E8991F5343D

## RESOLUTION OF PETRI ENTERPRISES, LLC

The undersigned, constituting the sole member of Petri Enterprises, LLC ("Petri Enterprises"), does hereby resolve as follows:

WHEREAS, Petri Enterprises has become burdened by various debts to third parties; and

WHEREAS, Petri Enterprises believes it can operate at a profitable level if permitted occasion to reorganize the foregoing debts; and

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Section 10-32.1-39(2)(b)(4) of the North Dakota Century Code, Mark Petri, acting on behalf of Petri Enterprises, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Mark Petri is authorized to engage counsel to act as general reorganization counsel to Petri Enterprises, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      Mark Petri is authorized and directed to work with the general reorganization counsel of Petri Enterprises to reorganize Petri Enterprises through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 29th day of July, 2023

Petri Enterprises, LLC

By: _____

Mark Petri
Its: Managing Member

**Fill in this information to identify the case:**

Debtor name    Petri Enterprises, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 29, 2023     **X** /s/   Mark Petri
                                 Signature of individual signing on behalf of debtor

                                   Mark Petri
                                   Printed name

                                   Managing Member
                                   Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

---

Fill in this information to identify the case:

Debtor name    Petri Enterprises, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known):

☐ Check if this is an

amended filing

---

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alerus Financial, N.A. 2300 S. Columbia Road Grand Forks, ND 58201 | | Business Loan | | | | $291,157.48 |
| Kapitus LLC 2500 Wilson Boulevard Suite 350 Arlington, VA 22201 | | Loan (No Recorded UCC) | | | | $30,000.00 |
| North Dakota Office of State Tax Commiss 600 E. Boulevard Ave. Dept. 127 Bismarck, ND 58505 | | | | | | Unknown |
| U.S. Bank P.O. Box 79408 Saint Louis, MO 63179 | | Credit card purchases | | | | $38,758.97 |
| US Foods, Inc. 9399 West Higgins Road Suite 500 Des Plaines, IL 60018 | | Trade debt | | | | $11,013.91 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Petri Enterprises, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $ ___0.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $ ___43,634.98___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $ ___43,634.98___

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ ___10,000.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ ___370,930.36___

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b                                                                          $ ___380,930.36___

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     Petri Enterprises, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First State Bank | Checking | 6701 | $3,687.82 |
| 3.2. | First State Bank | Checking | 5275 | $14,157.16 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $17,844.98

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

Debtor   Petri Enterprises, LLC
Name

Case number *(If known)* _____

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Food on hand | | $0.00 | | $3,000.00 |
| Beer on hand | | $0.00 | | $700.00 |
| Liquor on hand | | $0.00 | | $700.00 |

23. **Total of Part 5.**         $4,400.00

Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    0.00   Valuation method _____   Current Value    4,400.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

Debtor   Petri Enterprises, LLC                               Case number *(If known)* _____
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Ice machine | $0.00 | | $1,500.00 |
| Oven / flat top | $0.00 | | $1,500.00 |
| Two fryers | $0.00 | | $250.00 |
| Char broiler | $0.00 | | $500.00 |
| Refrigerator | $0.00 | | $1,200.00 |
| Make table (chilled food prep table) | $0.00 | | $1,000.00 |
| Three freezers | $0.00 | | $1,200.00 |
| Walk-in refrigerator | $0.00 | | $4,000.00 |
| Four work tables | $0.00 | | $400.00 |
| Press | $0.00 | | $200.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $11,750.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Debtor　__Petri Enterprises, LLC_____　Case number *(If known)*　_____
　　　　　Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.　Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.　Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **71.　Notes receivable**<br>Description (include name of obligor) | |
| **72.　Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.　Interests in insurance policies or annuities** | |
| **74.　Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.　Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.　Trusts, equitable or future interests in property** | |
| **77.　Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 14 tables | $1,400.00 |
| 30 restaurant chairs | $1,500.00 |
| Four dining booths | $2,000.00 |
| Chip ware | $150.00 |
| Cups | $200.00 |
| Eight bar tables | $800.00 |
| Eight low bar chairs | $160.00 |

Debtor    Petri Enterprises, LLC                                    Case number *(If known)* _____
          Name

| | |
|---|---|
| Six high bar chairs | $390.00 |
| 12 barstools | $360.00 |
| Bar glasses | $800.00 |
| Three cooking pans | $300.00 |
| 40 assorted pans | $800.00 |
| Assorted smallware | $700.00 |
| Knives | $40.00 |
| Forks | $40.00 |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$9,640.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Petri Enterprises, LLC                                        Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,844.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $9,640.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,634.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $43,634.98 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Petri Enterprises, LLC__

United States Bankruptcy Court for the:   __DISTRICT OF NORTH DAKOTA__

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | C T Corporation System, as representativ | | |
|---|---|---|---|

Creditor's Name

330 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
October 7, 2022 (believe loan to have been repaid since)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $0.00     **Value of collateral:** $0.00

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.2 | Financial Pacific Leasing, Inc. | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
First State Bank; First State Bank; Food on hand; Beer on hand; Liquor on hand; Ice machine; Oven / flat top; Two fryers; Char broiler; Refrigerator ; Make table (chilled food prep table); Three freezers; Walk-in refrigerator ; Four work tables; Press; 14 tables; 30 restaurant chairs; Four dining booths; Chip ware; Cups; Eight bar tables; Eight low bar chairs; Six high bar chairs; 12 barstools ; Bar glasses; Three cooking pans; 40 assorted pans; Assorted smallware ; Knives; Forks

**Amount of claim:** $10,000.00     **Value of collateral:** $43,634.98

P.O. Box 4568
Federal Way, WA 98001

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor    Petri Enterprises, LLC                                     Case number (if known) _____
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**
May 1, 2019
**Last 4 digits of account number**
9302

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $10,000.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Petri Enterprises, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>Alerus Financial, N.A.<br>2300 S. Columbia Road<br>Grand Forks, ND 58201 | $291,157.48 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   March 31, 2020

Basis for the claim:   Business Loan

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Petri Enterprises, LLC                                    Case number (if known) _____
         Name

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
| --- | --- | --- | --- |

Kapitus LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,758.97 |
| --- | --- | --- | --- |

U.S. Bank
P.O. Box 79408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit card purchases

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,013.91 |
| --- | --- | --- | --- |

US Foods, Inc.
9399 West Higgins Road
Suite 500
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  July 27, 2023

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  2896

Is the claim subject to offset? ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- | --- |
| 4.1 | Kapitus Servicing, LLC<br>2500 Wilson Boulevard<br>Suite 350<br>Arlington, VA 22201 | Line  3.2 <br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 370,930.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 370,930.36 |

**Fill in this information to identify the case:**

Debtor name     Petri Enterprises, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Promotional services | |
| | State the term remaining | | Rewards Network Establishment Services |
| | List the contract number of any government contract | | 540 W Madison Street Suite 2400 Chicago, IL 60661 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Provision of food | |
| | State the term remaining | | US Foods, Inc. |
| | List the contract number of any government contract | | 9399 West Higgins Road Suite 500 Des Plaines, IL 60018 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Provision of gaming services | |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | L.I.S.T.E.N., Inc. 2100 South Washington Street Grand Forks, ND 58201 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Credit agreement for the provision of soft drinks | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Coca Cola Bottling Company High Country 2150 Coca Cola Lane Rapid City, SD 57702 |

Debtor 1   Petri Enterprises, LLC

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Telephone and internet service | |
|---|---|---|---|
| | State the term remaining | | Midco |
| | List the contract number of any government contract | | PO Box 5010 Sioux Falls, SD 57117 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Provision of cleaning supplies | |
|---|---|---|---|
| | State the term remaining | | AmeriPride Services, an Aramark Company 868 3rd Street S |
| | List the contract number of any government contract | | Suite 102 Waite Park, MN 56387 |

**Fill in this information to identify the case:**

Debtor name ___Petri Enterprises, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7  Mark Petri | 28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | Kapitus LLC | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.8  Wyoming Flats LLC | PO Box 531<br>Mayville, ND 58257 | Alerus Financial, N.A. | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____Petri Enterprises, LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $373,125.75 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $577,861.59 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $730,076.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Petri Enterprises, LLC          Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Financial Pacific Leasing, Inc.<br>P.O. Box 4568<br>Federal Way, WA 98001 | See Attached | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mark Petri<br>28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | See Attached | $0.00 | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Petri Enterprises, LLC _____    Case number *(if known)* _____

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br><br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | | July 24, 2023 ($5,000.00); July 27, 2023 ($5,000.00); July 28, 2023 ($5,000.00) | $15,000.00 |

**Email or website address**
http://www.dakotabankruptcy.com

**Who made the payment, if not debtor?**
Bourbon Street, LLC

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Debtor    Petri Enterprises, LLC
Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mark Petri 28 Center Avenue N PO Box 531 Mayville, ND 58257 | See Attached | | $0.00 |
| | **Relationship to debtor** | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Petri Enterprises, LLC _____    Case number *(if known)* _____

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.    Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Petri Enterprises, LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Mark Petri<br>28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | |
| 26c.2.    Patty Dahlen<br>Hurtt, Mortenson & Rygh CPAs<br>35 W 9th St, Ste A<br>Grafton, ND 58237 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Petri | 28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | Sole Member | 100 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **6**

Debtor    Petri Enterprises, LLC _____    Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mark Petri<br>28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | See Attached | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 29, 2023_____

/s/  Mark Petri _____          Mark Petri _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30246 |
| | ) | (Chapter 11) |
| BOURBON STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 23-30247 |
| | ) | (Chapter 11) |
| PETRI ENTERPRISES, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 23-30248 |
| | ) | (Chapter 11) |
| GANNETT PEAK, LLC | ) | |
| | ) | (Motion for Joint Administration |
| Debtor. | ) | Forthcoming) |
| _____ | ) | |

## SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS

*Item #3*

Each of the above-referenced debtors (the "Debtors") has paid ordinary trade obligations in the 90 days preceding the date of these filings, with such payments being to, *inter alia*, (i) US Foods, Inc.; (ii) the Coca Cola Bottling Company High Country; (iii) purveyors of alcoholic beverages; (iv) purveyors of restaurant supplies; and (v) solely in the case of Bourbon Street LLC, the entity's landlord. Each of these payments was made in the ordinary course of business and coincided with the retirement of a current debt. None of these payments were on account of an antecedent debt. None of these payments were to insiders.

Each of the Debtors has also made payments to various creditors, not in the nature of ordinary trade obligations, in the 90 days preceding the date of these filings. These payments were

largely pursuant to so-called "merchant cash advance" agreements, and often came in the form of payments on suspect loan agreements that may be unenforceable for various reasons. The Debtors will supplement this filing with additional information, as to dates and amounts, as such becomes available.

*Item #4 / Item #13 / Item #30*

Each of the Debtors is wholly owned by Mark Petri ("Mr. Petri"), who is also the sole owner of (a) Wyoming Flats LLC; (ii) Montana Flats LLC; (iii) Greybull Basin LLC; and (iv) various other entities. During the year preceding the filing of these cases (and extending further back in time), there has been an ongoing flow of monies between the Debtors and the non-debtor entities. This has primarily taken the form of monies being transferred between each of the Debtors and Wyoming Flats LLC. The Debtors are currently in the process of reconciling the gross and net extent of these various transfers and will seasonably supplement this filing once (a) all bank statements for the preceding year become available (which is anticipated to be in the coming days); and (b) a review of each such bank statement is completed. In the interim, a review of the bank statements of Wyoming Flats LLC from January 2023 through the present, together with a review of each Debtor's most recent bank statement, reveals net transfers as follows:

a.      Gannett Peak, LLC has transferred $63,500.00 to Wyoming Flats LLC; Wyoming Flats LLC has transferred $19,330.00 to Gannett Peak, LLC; and there is thusly a net transfer total of $44,170.00 from Gannett Peak, LLC to Wyoming Flats LLC. This is further discussed *infra*.

b.      Petri Enterprises, LLC has transferred $39,000.00 to Wyoming Flats LLC; Wyoming Flats LLC has transferred $61,520.00 to Petri Enterprises, LLC; and there is thusly a net transfer total of $22,520.00 from Wyoming Flats LLC to Petri Enterprises, LLC.

    c.      Wyoming Flats LLC has transferred $9,575.00 to Bourbon Street LLC.

Additionally, Mark Petri ("Mr. Petri") draws a salary from each of the Debtors, with the aggregate salary from all three Debtors approximating $65,000.00 per annum, and being supplemented by his direct receipts of food delivery sales (which average $3,930.82 per month over the past seven months) and online order sales (which average $8,385.71 per month this calendar year). Mr. Petri has drawn this salary irregularly, periodically forbearing from negotiating his paycheck in recognition of certain cash flow difficulties. In turn, Mr. Petri has periodically (i) negotiated paychecks on a delayed basis; and (ii) transferred monies from the Debtors' bank accounts, to his own bank account. He also periodically infuses the Debtors with monies, from either his own bank account or the bank accounts of other entities he owns and controls, so as to provide the Debtors with adequate cash on hand.

Further, Wyoming Flats LLC owns the real estate, together with the improvements thereupon, from which Gannett Peak, LLC operates (the "Grafton Property"), with Wyoming Flats, LLC's interest in the Grafton Property being burdened by a mortgage in favor of Alerus Financial, N.A. Equally, Mr. Petri personally owns the property on which Petri Enterprises, LLC operates (the "Mayville Property"), with that property also being burdened by a mortgage in favor of a third party. It is likely that Gannett Peak, LLC has, from time to time, made payments on this mortgage for the benefit of Wyoming Flats LLC, with such payments – together with some of the aforementioned monetary transfers – being in the nature of informal rental payments made pursuant to an informal (and unwritten) lease. Gannett Peak, LLC will seek to formalize a lease agreement with Wyoming Flats LLC, and Petri Enterprises, LLC will seek to formalize a lease with Mr. Petri, through motions practice in these proceedings.

Dated: July 29, 2023                    By:    /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               The Dakota Bankruptcy Firm
                                               1630 1st Avenue N
                                               Suite B PMB 24
                                               Fargo, North Dakota 58102-4246
                                               Phone: (701) 394-3215
                                               mac@dakotabankruptcy.com
                                               *Proposed Counsel for the Debtors*

## United States Bankruptcy Court
### District of North Dakota

In re  Petri Enterprises, LLC

Case No. _____

Debtor(s)

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mark Petri<br>28 Center Avenue N<br>PO Box 531<br>Mayville, ND 58257 | | | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 29, 2023

Signature  /s/ Mark Petri

Mark Petri

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of North Dakota

In re  Petri Enterprises, LLC

_____

Debtor(s)

Case No. _____

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ................................................................ $ _____

Prior to the filing of this statement I have received ........................................... $ _____

Balance Due ....................................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $ _____15,000.00_____

The undersigned shall bill against the retainer at an hourly rate of................................ $ _____400.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor       ☒ Other (specify):       See Attached

3. The source of compensation to be paid to me is:

☐ Debtor       ☒ Other (specify):       See Attached

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   Representation of debtor in this case, any adversary proceedings related to this case, and any appeals stemming from this case or related adversary proceedings.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation in any matter external to this bankruptcy or in any court other than this court or appellate courts reviewing the order(s) of this court.

In re  Petri Enterprises, LLC _____ Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| July 29, 2023 | /s/ Maurice Verstandig |
|---|---|
| *Date* | Maurice Verstandig |
| | *Signature of Attorney* |
| | The Dakota Bankruptcy Firm |
| | 1630 1st Avenue N |
| | Suite B PMB 24 |
| | Fax: |
| | mac@dakotabankruptcy.com |
| | *Name of law firm* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30246 |
| | ) | (Chapter 11) |
| BOURBON STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 23-30247 |
| | ) | (Chapter 11) |
| PETRI ENTERPRISES, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 23-30248 |
| | ) | (Chapter 11) |
| GANNETT PEAK, LLC | ) | |
| | ) | (Motion for Joint Administration |
| Debtor. | ) | Forthcoming) |
| _____ | ) | |

**SUPPLEMENT TO DISCLOSURE OF
<u>COMPENSATION OF ATTORNEY FOR DEBTOR(S)</u>**

1.      In connection with the three above-captioned cases, a single retainer of $15,000.00 was paid by Bourbon Street LLC (the "Retainer") for the representation of all three debtors.

2.      The Retainer was drawn down shortly before these cases were filed, so as to pay (i) pre-petition legal fees incurred in connection with the preparation of these three bankruptcy cases, at a discounted rate; and (ii) the filing fees for each of these three cases.

3.      As of the filing of this supplement, the sum of $7,500.00 remains in trust.

*[Signature on Following Page]*

1

Dated: July 29, 2023                    By:    /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               The Dakota Bankruptcy Firm
                                               1630 1st Avenue N
                                               Suite B PMB 24
                                               Fargo, North Dakota 58102-4246
                                               Phone: (701) 394-3215
                                               mac@dakotabankruptcy.com
                                               *Proposed Counsel for the Debtors*

**United States Bankruptcy Court**
**District of North Dakota**

In re    Petri Enterprises, LLC                                     Case No.
                                    Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 29, 2023                          /s/  Mark Petri
                                                 Mark Petri/Managing Member
                                                 Signer/Title

Alerus Financial, N.A.
2300 S. Columbia Road
Grand Forks, ND 58201


AmeriPride Services, an Aramark Company
868 3rd Street S Suite 102
Waite Park, MN 56387


C T Corporation System, as representativ
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203


Coca Cola Bottling Company High Country
2150 Coca Cola Lane
Rapid City, SD 57702


Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98001


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kapitus LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201


Kapitus Servicing, LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201


L.I.S.T.E.N., Inc.
2100 South Washington Street
Grand Forks, ND 58201


Mark Petri
28 Center Avenue N PO Box 531
Mayville, ND 58257


Midco
PO Box 5010
Sioux Falls, SD 57117


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Rewards Network Establishment Services
540 W Madison Street Suite 2400
Chicago, IL 60661


U.S. Bank
P.O. Box 79408
Saint Louis, MO 63179

```
US Foods, Inc.
9399 West Higgins Road Suite 500
Des Plaines, IL 60018


Wyoming Flats LLC
PO Box 531
Mayville, ND 58257
```

# United States Bankruptcy Court
## District of North Dakota

In re   Petri Enterprises, LLC                  Case No. _____

                               Debtor(s)           Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Petri Enterprises, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 29, 2023
_____
Date

/s/ Maurice Verstandig
_____
Maurice Verstandig
Signature of Attorney or Litigant
Counsel for   Petri Enterprises, LLC
The Dakota BankruptcyFirm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102
 Fax:
mac@dakotabankruptcy.com