UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 23-30246 |
| ) | | Chapter 11 – Subchapter V |
| Bourbon Street LLC, ) | | |
| dba La Cantina, ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| Petri Enterprises, LLC, ) | | Bankruptcy No. 23-30247 |
| dba La Cantina, ) | | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, ) | | |
| dba Heros and Legends, ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| Gannett Peak, LLC, ) | | Bankruptcy No. 23-30248 |
| dba La Cantina, ) | | Chapter 11 – Subchapter V |
| ) | | |
| Debtor. ) | | |

**ORDER GRANTING
MOTION FOR LEAVE TO MAINTAIN AND ADMINISTER GIFT CARDS**

Debtors Bourbon Street LLC, Petri Enterprises, LLC and Gannett Peak, LLC filed a Motion for Leave to Maintain and Administer Gift Cards on an Interim and Final Basis. Doc. 3. On August 2, 2023, the Court held a preliminary hearing on the motion. For the reasons stated on the record (including maintaining goodwill and preventing damage to Debtors' reputation), the Court found that the relief requested in the Motion was in the best interests of Debtors' estates, its creditors and other parties in interest. The Court also found that the relief requested in Debtors' motions and granted in the interim Order was necessary to avoid immediate and irreparable harm.

The Court held a final hearing on August 15. The Court received no objection to Debtors' motion. Therefore,

**IT IS ORDERED:**

    1.    The Motion is GRANTED.

    2.    Debtors are authorized to honor all Gift Cards purchased prior to the petition date.

    3.    Debtors are authorized to continue operating their Gift Card Program, provided they properly account for the sales and redemption of the cards.

Dated: August 15, 2023.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT