## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Petri Enterprises, LLC, | ) | Bankruptcy No. 23-30247 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | ) | |
| dba Heros and Legends, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Bankruptcy No. 23-30248 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER TERMINATING JOINT ADMINISTRATION

On December 20, 2023, the Court held a hearing on the United States Trustee's Amended Motion to Dismiss or Convert (Doc. 151). At the hearing, the Court granted the motion and dismissed one of the jointly administered cases and converted the other two cases. Consequently, joint administration is no longer appropriate. Joint administration of Bankruptcy Case No. 23-30246, Bankruptcy Case No. 23-30247 and Bankruptcy Case No. 23-30248 is terminated.

ORDERED this 20th day of December 2023.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT