# The Dakota Bankruptcy Firm
## 1630 1st Avenue N
## Suite B PMB 24
## Fargo, North Dakota 58102-4246

Invoice submitted to:
**Gannett Peak, LLC**

**Invoice # 10913**

Invoice Date: 01/16/24

Description   Invoice Batch La Cantina Cases - Final Invoices

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 08/10/23 | Mac VerStandig | Review collection letters from MicroAdvance LLC and draft letter to their counsel noting existence of bankruptcy, observing prior notice to have been given, and cautioning to cease in light of automatic stay | 0.70 | 400.00 | $280.00 |
| 08/10/23 | Mac VerStandig | Call with counsel for MicroAdvance re collection efforts | 0.10 | 400.00 | $40.00 |
| 08/28/23 | Mac VerStandig | Draft and file return of service for adversary against MicroAdvance Funding LLC | 0.10 | 400.00 | $40.00 |
| 10/01/23 | Mac VerStandig | Review bank statements and prepare operating report for client's review and signature | 0.40 | 400.00 | $160.00 |
| 10/05/23 | Mac VerStandig | Call with counsel for MicroAdvance re adversary proceeding and potential settlement | 0.40 | 400.00 | $160.00 |
| In Reference To: | **Case Administration (Expenses)** | | | | |
| 07/31/23 | Mac VerStandig | Third party mail vendor fees for service of order setting first day motions and notice of status conference | 1.00 | 22.78 | $22.78 |
| 08/28/23 | Mac VerStandig | Service of complaint and summons on MicroAdvance Funding LLC through third party mailing vendor | 1.00 | 5.91 | $5.91 |

|  |  |
|---|---|
| Hours | 1.70 |
| Labor: | $680.00 |
| Invoice Amount: | $708.69 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 10/27/23 | Mac VerStandig | Begin drafting Subchapter V plan (this time entry is 2.4 hours; it is evenly split between Petri Enterprises and Gannett Peak, but not allocated to Bourbon Street since the plan for Bourbon Street does not use the same structural backbone as the plan for Petri Enterprises and Gannett Peak) | 1.20 | 400.00 | $480.00 |
| 10/27/23 | Mac VerStandig | Call with client re financial projections and need to identify potential areas of savings to render plan feasible, including cut to executive compensation and reconciliation of product costs against most recent invoices | 0.60 | 400.00 | $240.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/23 | Mac VerStandig | Draft schedule of creditor classes, reconciling same against claims register and Schedules D/E/F, grouping creditors in accord with the nature of their claims | 0.50 | 400.00 | $200.00 |
| 10/27/23 | Mac VerStandig | Continue drafting plan of reorganization, reviewing financial projections and claims, with emphasis on including information about client background, addressing creditor classes, and creating appropriate waterfall mechanism for payments to be applied | 1.60 | 400.00 | $640.00 |
| 10/27/23 | Mac VerStandig | Draft promissory note to be appended to plan | 0.20 | 400.00 | $80.00 |
| 11/02/23 | Mac VerStandig | Draft and file certificate of service for plan (split evenly with Petri Enterprises - .2 entry billed as .1 to each client) | 0.10 | 400.00 | $40.00 |

In Reference To: **Plan and Disclosure Statement (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/23 | Mac VerStandig | Third party mailing vendor - one half of cost of service of service of Petri Enterprises and Gannett Peak plans, alongside scheduling order, on common creditors | 1.00 | 67.32 | $67.32 |
| 10/31/23 | Mac VerStandig | Third party mailing vendor - service of plan and ballots to voting creditor classes | 1.00 | 44.94 | $44.94 |

|  |  |
|---|---|
| Hours | 4.20 |
| Labor: | $1,680.00 |
| Invoice Amount: | $1,792.26 |

|  |  |
|---|---|
| Total Hours: | 5.90 |
| Total Labor: | $2,360.00 |
| Total Expenses: | $140.95 |
| **Total Invoice Amount:** | **$2,500.95** |
| **Total Amount Due:** | **$2,500.95** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 5.90 | @ 400.000 | 2,360.00 |