**The Dakota Bankruptcy Firm**
**1630 1st Avenue N**
**Suite B PMB 24**
**Fargo, North Dakota 58102-4246**

Invoice submitted to:
**La Cantina Restaurants (Combined Case Time)**

**Invoice # 10914**

Invoice Date: 01/16/24

Description   Invoice Batch La Cantina Cases - Final Invoices

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Business Operations** | | | | |
| 08/08/23 | Mac VerStandig | Research whether cessation of services to debtor-in-possession can be construed as a stay violation, and availability of injunctive relief | 0.40 | 400.00 | $160.00 |
| 08/08/23 | Mac VerStandig | Review contract with Coca Cola; Review e-mail from Coca Cola; Draft and send detailed response indicating need to continue providing service to debtors | 0.30 | 400.00 | $120.00 |
| 08/08/23 | Mac VerStandig | Call with client principal re Coca Cola ceasing services | 0.10 | 400.00 | $40.00 |
| 08/08/23 | Mac VerStandig | Call with T. Kapusta re issues with Coca Cola | 0.10 | 400.00 | $40.00 |
| 08/13/23 | Mac VerStandig | Draft motion for entities to enter into lease agreements with insiders and research same as part of drafting process | 1.70 | 400.00 | $680.00 |

|  |  |
|---|---|
| Hours | 2.60 |
| Labor: | $1,040.00 |
| Invoice Amount: | $1,040.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 07/30/23 | Mac VerStandig | Draft motion to pay pre-petition wages and review case law and rules governing same; E-mail to client for review and comment | 0.90 | 400.00 | $360.00 |
| 07/30/23 | Mac VerStandig | Draft cash collateral motion, reviewing schedules to assess security positions and reviewing budgets prepared by client to show cash flow projections; Review and revise motion; Reformat budgets and update certain figures therein per conversations with client representative had during drafting process; File motion | 1.20 | 400.00 | $480.00 |
| 07/30/23 | Mac VerStandig | Draft payroll motion, including research of topical case law and review of client payroll records | 0.70 | 400.00 | $280.00 |
| 07/30/23 | Mac VerStandig | Draft and file motion to retain existing bank accounts | 0.40 | 400.00 | $160.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/23 | Mac VerStandig | Draft critical vendor motion, reviewing pertinent caselaw and interfacing with client representative re scope of critical vendor services, likelihood provision of supplies would continue without payment, and potential claims owed to hard liquor distributors | 1.10 | 400.00 | $440.00 |
| 07/30/23 | Mac VerStandig | Review and revise motion to alter chief executive compensation structure (with drafting having commenced pre-petition) | 0.80 | 400.00 | $320.00 |
| 07/30/23 | Mac VerStandig | Draft motion to expedite and review Local Rules to ensure compliance with same | 0.40 | 400.00 | $160.00 |
| 07/30/23 | Mac VerStandig | Calls with M. Petri re first day motions (10 minutes, 24 minutes, and 10 minutes - first call is separately billed as being subsumed within motion drafting process) | 0.60 | 400.00 | $240.00 |
| 07/31/23 | Mac VerStandig | Call with client re time for first day motions and e-mail addresses for parties in interest, as well as concerning e-mail to be sent to employees | 0.30 | 400.00 | $120.00 |
| 07/31/23 | Mac VerStandig | Draft application to employ, supporting declaration, and notice of same | 0.40 | 400.00 | $160.00 |
| 07/31/23 | Mac VerStandig | Review court's order on hearing for first day motion and status conference; Coordinate service of same and prepare certificate of service for filing | 0.50 | 400.00 | $200.00 |
| 07/31/23 | Mac VerStandig | Draft e-mail for clients' principal to send employees regarding filing of bankruptcy cases | 0.30 | 400.00 | $120.00 |
| 07/31/23 | Mac VerStandig | E-mail to client principal attaching various docket entries from day and summarizing salient portions of same | 0.30 | 400.00 | $120.00 |
| 08/02/23 | Mac VerStandig | Attend first day hearings and argue various motions | 2.40 | 400.00 | $960.00 |
| 08/02/23 | Mac VerStandig | Prepare for first day hearings, including review of docket activity, preparation of notes on each motion, and outline of testimony to be elicited from clients rep | 2.00 | 400.00 | $800.00 |
| 08/02/23 | Mac VerStandig | Meet with client rep and prepare him for testimony | 0.40 | 400.00 | $160.00 |
| 08/07/23 | Mac VerStandig | Call with T. Kapusta re case trajectory, key points of focus in early stages of cases, nature of merchant cash advance loans, potential legal arguments to be introduced during case, and debtors' overall intentions for reorganization | 0.40 | 400.00 | $160.00 |
| 08/13/23 | Mac VerStandig | Call with M. Petri to verify 2022 tax returns remain unfiled and there are no financial statements for two of three entities; Address potential adequate protection arrangement with Choice; Discuss intent of M. Petri to acquire food truck and permit Bourbon Street to use same | 0.20 | 400.00 | $80.00 |
| 08/13/23 | Mac VerStandig | Draft Section 1187 / Section 1116 statement for all three debtors; Review and redact tax returns to mask SSN of principal | 0.40 | 400.00 | $160.00 |
| 08/15/23 | Mac VerStandig | Attend final hearing on various day motions and second interim hearing on cash collateral; Argue same | 0.40 | 400.00 | $160.00 |
| 08/21/23 | Mac VerStandig | E-mail to UST and Subchapter V trustee re coordinating IDI | 0.10 | 400.00 | $40.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/22/23 | Mac VerStandig | Detailed e-mail to client representative updating on case status, addressing cash collateral negotiations, addressing potential adversary proceedings against merchant cash advance lenders, discussing need to monitor revenue, addressing Cintas issues, addressing upcoming hearing, addressing potential lease motion, and laying out next steps in jointly administered cases | 0.30 | 400.00 | $120.00 |
| 08/28/23 | Mac VerStandig | Attend final cash collateral hearing and argue same | 0.50 | 400.00 | $200.00 |
| 08/28/23 | Mac VerStandig | Call with client re cash collateral agreement and ability to make payments | 0.10 | 400.00 | $40.00 |
| 08/28/23 | Mac VerStandig | Revise proposed cash collateral order and submit same to court | 0.20 | 400.00 | $80.00 |
| 09/02/23 | Mac VerStandig | Detailed e-mail to client re upcoming 341 meeting and IDI, need to review financials, status of adversary litigation, status report, potential for other MCA suits and need to assess claims against MCAs that have been paid in full, and other open items | 0.30 | 400.00 | $120.00 |
| 09/06/23 | Mac VerStandig | Attend meeting of creditors (telephonically) | 1.00 | 400.00 | $400.00 |
| 09/06/23 | Mac VerStandig | Call with M. Petri to prepare for meeting of creditors | 0.50 | 400.00 | $200.00 |
| 09/06/23 | Mac VerStandig | Call with UST's office and client re reporting requirements | 0.20 | 400.00 | $80.00 |
| 09/06/23 | Mac VerStandig | Call with client's principal following 341 meetings to review forward-looking obligations | 0.20 | 400.00 | $80.00 |
| 09/06/23 | Mac VerStandig | Call with J. Schroder (counsel for Alerus) re debtor guarantees, plan treatment, balloon obligations, and default notice | 0.30 | 400.00 | $120.00 |
| 09/12/23 | Mac VerStandig | Attend status conference (telephonic) | 0.30 | 400.00 | $120.00 |
| 09/23/23 | Mac VerStandig | Call with M. Petri re status of three cases, documents to be gathered for tracing purposes and compliance purposes, status of food truck acquisition, impact of weather on business, MCA entities, collection efforts from third party debt collector with unknown underlying obligee, and status of lease motion | 0.40 | 400.00 | $160.00 |
| 09/24/23 | Mac VerStandig | Detailed e-mail to M. Petri re (i) adequate protection payments on Bourbon Street; (ii) status of lease motion for all three debtors; (iii) documents needed for all three debtors; (iv) real estate tax issues for Petri Enterprises and Gannett Peak; (v) need for information on MCA payments for all three debtors | 0.30 | 400.00 | $120.00 |
| 10/01/23 | Mac VerStandig | Draft declaration in support of lease motion and review mortgages and bank statements to ensure accuracy of information | 0.40 | 400.00 | $160.00 |
| 10/09/23 | Mac VerStandig | Review e-mail from J. Schroeder and respond to same re lease motion | 0.20 | 400.00 | $80.00 |
| 10/14/23 | Mac VerStandig | Call with M. Petri re sales, seasonal issues, property taxes, food truck operations, structure of plans to be drafted, progress on documents for US Trustee, landlord issues on Bourbon Street, and next steps | 1.00 | 400.00 | $400.00 |
| 10/17/23 | Mac VerStandig | Attend hearing on motion to enter into leases, place agreement on record, and give status update on cases | 0.20 | 400.00 | $80.00 |

In Reference To:   **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/23 | Mac VerStandig | Third party mail vendor fees for service of order setting first day motions and notice of status conference | 1.00 | 26.80 | $26.80 |
| | | Hours | | | 20.60 |
| | | Labor: | | | $8,240.00 |
| | | Invoice Amount: | | | $8,266.80 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 10/27/23 | Mac VerStandig | Call with client re plans of reorganization, financial projections to be appended thereto, potential liquidation routes for Bourbon Street, creditor classes, and cash flows | 0.50 | 400.00 | $200.00 |
| 12/04/23 | Mac VerStandig | Multiple calls with client re closure of remaining two restaurants; Draft and file notice of same for Gannett Peak; Use Gannett Peak draft (which is based on Bourbon Street notice) to draft notice for Petri Enterprises | 0.50 | 400.00 | $200.00 |
| | | Hours | | | 1.00 |
| | | Labor: | | | $400.00 |
| | | Invoice Amount: | | | $400.00 |

|  |  |
|---|---|
| Total Hours: | 24.20 |
| Total Labor: | $9,680.00 |
| Total Expenses: | $26.80 |
| **Total Invoice Amount:** | **$9,706.80** |
| **Total Amount Due:** | **$9,706.80** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 24.20 | @ 400.000 | 9,680.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of  to the latest payment applied to this invoice which is 01/16/24

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| **Matter : Non-Matter Related** | | | | | |
| **La Cantina - Trust Acct.** | | | | | |
| | La Cantina - Trust Acct. | Opening balance | 0.00 | 0.00 | 0.00 |
| 07/24/23 | La Cantina - Trust Acct. | Retainer (eCheck) | 0.00 | 5,000.00 | 5,000.00 |
| 07/27/23 | La Cantina - Trust Acct. | Retainer (eCheck) | 0.00 | 5,000.00 | 10,000.00 |
| 07/28/23 | La Cantina - Trust Acct. | Retainer (eCheck) | 0.00 | 5,000.00 | 15,000.00 |
| 07/29/23 | La Cantina - Trust Acct. | Payment of pre-filing invoice | 7,500.00 | 0.00 | 7,500.00 |
| | | **Trust account ending balance as of 01/16/24 for La Cantina - Trust Acct.:** | | | **7,500.00** |
| | | **Trust account ending balance as of 01/16/24 for Non-Matter Related:** | | | **7,500.00** |
| | | **Total for La Cantina Restaurants (Combined Case Time):** | | | **7,500.00** |