```
Label Matrix for local noticing        Alerus Financial NA                    Petri Enterprises, LLC
0868-3                                  PO Box 6001                            28 Center Avenue N
Case 23-30247                           Grand Forks, ND 58206-6001             Mayville, ND 58257-1141
District of North Dakota
Fargo
Wed Jan 17 00:01:55 CST 2024

U.S. BANKRUPTCY COURT                   Alerus Financial, N.A.                 Alerus Financial, N.A.
655 1ST AVENUE NORTH, SUITE 210         2300 S. Columbia Road                  c/o Zimney Foster P.C.
FARGO, ND 58102-4932                    Grand Forks, ND 58201-5826             Attn: John D. Schroeder
                                                                               3100 S. Columbia Road, Suite 200
                                                                               Grand Forks, ND 58201-6062

AmeriPride Services, an Aramark Company  C T Corporation System, as representativ  Coca Cola Bottling Company High Country
868 3rd Street S Suite 102               Attn: SPRS                               2150 Coca Cola Lane
Waite Park, MN 56387-2320                330 N Brand Blvd Suite 700               Rapid City, SD 57702-9358
                                         Glendale, CA 91203-2336

Financial Pacific Leasing, Inc.          Internal Revenue Service                 Kapitus LLC
3455 S 344th Way, Suite 300              PO Box 7346                              2500 Wilson Boulevard Suite 350
Federal Way, WA 98001-9546               Philadelphia, PA 19101-7346              Arlington, VA 22201-3873

Kapitus Servicing, Inc. as agent of Kapitus  Kapitus Servicing, LLC               L.I.S.T.E.N., Inc.
120 W. 45th Street, 4th Floor            2500 Wilson Boulevard Suite 350          2100 South Washington Street
Attn: Carolina Baez                      Arlington, VA 22201-3873                 Grand Forks, ND 58201-6344
New York, NY 10036-4041

Mark Petri                               Midco                                    North Dakota Office of State Tax Commiss
28 Center Avenue N PO Box 531            PO Box 5010                              600 E. Boulevard Ave. Dept. 127
Mayville, ND 58257-0531                  Sioux Falls, SD 57117-5010               Bismarck, ND 58505-0602

Rewards Network Establishment Services   Sarah J. Wencil                          Spencer Fane LLP
540 W Madison Street Suite 2400          Office of the U.S. Trustee               C/O Elizbeth M. Lally
Chicago, IL 60661-2562                   Suite 1015 U.S. Courthouse               13815 FNB Parkway, Suite 200
                                         300 South Fourth St.                     Omaha, NE 68154-5219
                                         Minneapolis, MN 55415-1320

U.S. Bank                                (p)US BANK                               US Foods, Inc.
P.O. Box 79408                           PO BOX 5229                              9399 West Higgins Road Suite 500
Saint Louis, MO 63179                    CINCINNATI OH 45201-5229                 Des Plaines, IL 60018-4992

Wyoming Flats LLC                        Gene W Doeling                           Maurice VerStandig
PO Box 531                               Bankruptcy Trustee                       The Dakota Bankruptcy Firm
Mayville, ND 58257-0531                  3429 Interstate Blvd. S.                 1630 1st Avenue N
                                         P.O. Box 9231                            Suite B PMB 24
                                         Fargo, ND 58106-9231                     Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kapitus Servicing Inc., as Servicing Agent

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28