```
Label Matrix for local noticing          Alerus Financial, NA                     Gannett Peak, LLC
0868-3                                   PO Box 6001                              28 Center Avenue N
Case 23-30248                            Grand Forks, ND 58206-6001               Mayville, ND 58257-1141
District of North Dakota
Fargo
Wed Jan 17 00:02:50 CST 2024

U.S. BANKRUPTCY COURT                    Alerus Financial, N.A.                   AmeriPride Services, an Aramark Company
655 1ST AVENUE NORTH, SUITE 210          c/o Zimney Foster P.C.                   868 3rd Street S Suite 102
FARGO, ND 58102-4932                     Attn: John D. Schroeder                  Waite Park, MN 56387-2320
                                         3100 S. Columbia Road, Suite 200
                                         Grand Forks, ND 58201-6062


Coca Cola Bottling Company High Country  Corporation Service Company, as represen Good Funding, LLC
2150 Coca Cola Lane                      PO Box 2576                              5286 E Rural Ridge Circle
Rapid City, SD 57702-9358                Springfield, IL 62708-2576               Anaheim, CA 92807-4647



Good Funding, LLC                        Internal Revenue Service                 Jason Khano
c/o Aubrey Thrasher, LLC                 PO Box 7346                              12 Powder Springs Street
12 Powder Springs Street                 Philadelphia, PA 19101-7346              Suite 240
Suite 240                                                                         Marietta, GA 30064-7205
Marietta, GA 30064-7205


Legend Funding                           Mark Petri                               Micro Advance, LLC
800 Brickell Avenue Suite 902            28 Center Avenue N PO Box 531            8270 Woodland Center Blvd.
Miami, FL 33131-2966                     Mayville, ND 58257-0531                  Tampa, FL 33614-2401



Midco                                    North Dakota Office of State Tax Commiss Registered Agents Inc.
PO Box 5010                              600 E. Boulevard Ave. Dept. 127          7901 4th Street N Suite 300
Sioux Falls, SD 57117-5010               Bismarck, ND 58505-0602                  Saint Petersburg, FL 33702-4399



Rewards Network Establishment Services   Sarah J. Wencil                          US Foods, Inc.
540 W Madison Street Suite 2400          Office of the U.S. Trustee               9399 West Higgins Road Suite 500
Chicago, IL 60661-2562                   Suite 1015 U.S. Courthouse               Des Plaines, IL 60018-4992
                                         300 South Fourth St.
                                         Minneapolis, MN 55415-1320


Gene W Doeling                           Maurice VerStandig                       Robert B. Raschke
Bankruptcy Trustee                       The Dakota Bankruptcy Firm               Assistant U.S. Trustee
3429 Interstate Blvd. S.                 1630 1st Avenue N                        Suite 1015 U.S. Courthouse
P.O. Box 9231                            Suite B PMB 24                           300 South Fourth Street
Fargo, ND 58106-9231                     Fargo, ND 58102-4246                     Minneapolis, MN 55415-1320


End of Label Matrix
Mailable recipients     23
Bypassed recipients      0
Total                   23
```